**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Leonardo Monroy |
| Debtor 2 (Spouse, if filing) | Karen M Monroy a.k.a. Karen Monroy |
| United States Bankruptcy Court for the: | Northern    District of    Illinois (State) |
| Case number | 13-09597 |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1:   Mortgage Information

**Name of creditor:** BMO Harris Bank N.A.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account:    8   7   1   3

**Property address:** 5748 Dearborn Parkway
Number     Street

Downers Grove     IL     60516
City               State   ZIP Code

### Part 2:   Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    10 / 19 / 2017
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    (a) $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c.  **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / _____
MM / DD / YYYY

Debtor 1  **Leonardo Monroy**

First Name      Middle Name      Last Name

Case number *(if known)*  13-09597

---

## Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the
debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs,
the creditor must attach an itemized payment history disclosing the following amounts from the date of the
bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

---

## Part 5:   Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's
proof of claim.**

*Check the appropriate box::*

■ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct
to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different
from the notice address listed on the proof of claim to which this response applies.

x _Michelle L McConnell_      Date  09  20  2017
   Signature                         /    /

Print   Michelle      L      McConnell        Title   Bankruptcy Specialist
        First Name    Middle Name    Last Name

Company   BMO Harris Bank N.A.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   PO BOX 2035
          Number       Street

          Milwaukee         WI    53201
          City              State  ZIP Code

          866   280   8434
Contact phone  (      )      -              Email  bankruptcy@bmo.com

---

## UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:    RESPONSE TO NOTICE OF FINAL CURE

CASE NO.  13-09597

Debtor:  LEONARDO & KAREN M. MONROY

CHAPTER:  13

### CERTIFICATE OF SERVICE

 I do hereby certify that I have this September 20, 2017, served a copy of the Response to

Notice of Final Cure Payment upon all parties listed by placing the same into the United

States mail with adequate pre-paid postage thereon;

LEONARDO MONROY
KAREN M. MONROY
5748 DEARBORN PARKWAY
DOWNERS GROVE, IL 60516

MOHAMMED O BADWAN
2500 S HIGHLAND AVE
SUITE 200
LOMBARD, IL 60148

GLENN B STEARNS
801 WARRENVILLE ROAD
SUITE 650
LISLE, IL 60532

BMO Harris Bank, N.A.

By Michelle O. McConnell
Bankruptcy Specialist

PO BOX 2035
MILWAUKEE, WI 53201
(866)280-8434 Option #2